In the Matter of the Accounting of EDWIN A. QUICK et al., as Executors of MARY B. COUCH, Deceased.

EDWIN A. QUICK, Appellant; SARAH J. WILSON et al., Respondents.

*Matter of Quick*, 186 App. Div. 954, affirmed.

(Argued April 7, 1919; decided April 22, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 6, 1918, which affirmed a decree of the Kings County Surrogate's Court disallowing a claim presented by one of the executors of Mary B. Couch, deceased, for services alleged to have been performed by him for the decedent in her lifetime.

*Allen S. Wrenn* for appellant.

*C. W. Wilson, Jr., Herman S. Hertwig* and *J. Stacy Brown* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.